# United States District Court
EASTERN DISTRICT OF WISCONSIN

FOX VALLEY PRO BASKETBALL, INC.,

      Plaintiff,

                                      **JUDGMENT IN A CIVIL CASE**
v.                                     Case No. 20-C-793

U.S. SMALL BUSINESS ADMINISTRATION, et al.,

      Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

     **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMISSED on the merits.

                                        Approved:  s/ William C. Griesbach
                                                              WILLIAM C. GRIESBACH
                                                              United States District Judge

Dated:   June 16, 2020

                                                                          GINA M. COLLETTI
                                                                            Clerk of Court

                                                                          s/ Mara A. Corpus
                                                                          (By) Deputy Clerk